# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERENCE M. WESTLEY

NO. 2024 KW 0114

**MAY 13, 2024**

---

In Re:     Terence M. Westley, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 09-16-0433.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the application for postconviction relief, the district court's ruling, thereon, the **Boykin** transcript, the bill of information, the commitment order, pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT